Diane Abramo Scalzi
Daniel F Scalzi, Jr.
8906 Linebrook Drive
New Port Richey, FL 34655

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Diane Abramo Scalzi                                          Case No. 13-09131-CPM
Daniel F Scalzi, Jr.
Debtor(s)
_____/

**TRUSTEE'S NOTICE TO COURT OF COMPLETION OF**
**PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN**
**AND DEBTOR'S COMPLIANCE WITH COURT'S ORDER**
**TO FILE THE DOMESTIC SUPPORT CERTIFICATION**
**INCLUDING STATEMENT REGARDING 11 U.S.C § 522 (q)**

Jon M. Waage, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments to the Chapter 13 Trustee under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) may be entitled to their Discharge if all other requirements have been met.

Dated August 28, 2018.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

Copies furnished electronically or by U.S. Mail to:

Diane Abramo Scalzi
Daniel F Scalzi, Jr.
8906 Linebrook Drive
New Port Richey, FL  34655

David L. DelVecchio, Esq.
Del Vecchio & Assoc, PA
111 2nd Ave NE, Suite 1403
St. Petersburg, FL  33701-